IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VERITAS VINCIT, LLC, et al, § § § *Plaintiffs*, § § **v.** § Civil Action No. 4:24-cv-00079-JRG § § FRED ALAN BROWN, ET AL, § § § *Defendants*. § § | |

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Rogge Dunn and Alexandria M. Risinger, of the law firm of Rogge Dunn Group PC, and hereby enters their appearance as counsel for Charles William Durham, II and Birnam Wood Capital, LLC ("Defendants") in the above-referenced and numbered lawsuit. All parties hereto take notice of this appearance.

All notices and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon Rogge Dunn and Alexandria M. Risinger of Rogge Dunn Group, PC

Respectfully submitted,

/s/ Rogge Dunn

**ROGGE DUNN**
State Bar No. 06249500

Email: Dunn@trialtested.com

**ALEXANDRIA M. RISINGER**
State Bar No. 24095215

Email: Risinger@roggedunngroup.com

**ROGGE DUNN GROUP, PC**
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing instrument was served on the Parties' counsel of record, pursuant to the Rules, on this 9th day of February 2024, addressed as follows:

| | |
|---|---|
| Brent M. Charhon, Esq.<br>Charhon, Callahan, Robson & Garza PLLC<br>3333 Lee Parkway, Suite 460<br>Dallas, Texas 75219<br>Counsel for Veritas Vincit, LLC and<br>John Berry Dean, III, and Jacob F. Watters | ☒ **VIA ECF/PORTAL**<br>☐ **VIA OVERNIGHT DELIVERY**<br>☐ **VIA HAND-DELIVERY**<br>☐ **VIA FIRST CLASS MAIL**<br>☐ **VIA FAX:**<br>☐ **VIA EMAIL:** BCharhon@ccrglaw.com<br>☐ **VIA CMRRR:** |
| John P. Lewis, Jr,<br>Hayward PLLC<br>10501 North Central Expressway, Suite 106<br>Dallas, Texas 75231<br>Counsel for Veritas Vincit, LLC and<br>John Berry Dean, III, and Jacob F. Watters | ☒ **VIA ECF/PORTAL**<br>☐ **VIA OVERNIGHT DELIVERY**<br>☐ **VIA HAND-DELIVERY**<br>☐ **VIA FIRST CLASS MAIL**<br>☐ **VIA FAX:**<br>☐ **VIA EMAIL:** JPLewis@haywardfirm.com<br>☐ **VIA CMRRR:** |
| Thomas C. Barron, Esq.<br>Law Offices of Thomas C. Barron<br>P. O. Box 14123<br>Dallas, Texas 75214<br>Counsel for Fred Alan Brown | ☒ **VIA ECF/PORTAL**<br>☐ **VIA OVERNIGHT DELIVERY**<br>☐ **VIA HAND-DELIVERY**<br>☐ **VIA FIRST CLASS MAIL**<br>☐ **VIA FAX:**<br>☐ **VIA EMAIL:** TBarron@barronlawfirm.com<br>☐ **VIA CMRRR:** |
| Brent A. Turman, Esq.<br>Christopher B. Trowbridge, Esq.<br>Troy Lee Hales, II, Esq.<br>Bell Nunnally & Martin LLP - Dallas<br>2323 Ross Avenue, Suite 1900<br>Dallas, Texas 75201<br>Counsel for Fred Alan Brown | ☒ **VIA ECF/PORTAL**<br>☐ **VIA OVERNIGHT DELIVERY**<br>☐ **VIA HAND-DELIVERY**<br>☐ **VIA FIRST CLASS MAIL**<br>☐ **VIA FAX:**<br>☐ **VIA EMAIL:** BTurman@bellnunnally.com<br>☐ **VIA EMAIL:** ChristopherT@bellnunnally.com<br>☐ **VIA EMAIL:** THales@bellnunnally.com<br>☐ **VIA CMRRR:** |

_____
**ROGGE DUNN**
**ALEXANDRIA M. RISINGER**