IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Veritas Vincit, LLC and William Berry Dean, III,<br><br>    Plaintiffs,<br><br>v.<br><br>Fred Alan Brown, Charles William Durham, II, Reticulum Management, LLC, and Birnam Wood Capital, LLC,<br><br>    Defendants. | Civil Action No.<br>4:24-cv-00079-JRG<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Steven Callahan enters his appearance as counsel for Plaintiffs Veritas Vincit, LLC and William Berry Dean, III in the above-referenced proceeding for the purpose of receiving notices from the Court. Mr. Callahan is currently admitted to practice in the United States District Court for the Eastern District of Texas. Mr. Callahan's contact information is as follows:

Steven Callahan
Charhon Callahan Robson & Garza, PLLC
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (469) 587-7240
Telecopier: (214) 764-8392
Texas State Bar No. 24053122
scallahan@ccrglaw.com

Dated: February 29, 2024

Respectfully submitted,

*/s/ Steven Callahan*

STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Plaintiffs Veritas Vincit, LLC and William Berry Dean, III*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 29, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Steven Callahan*
STEVEN CALLAHAN