IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Veritas Vincit, LLC and William Berry Dean, III,**<br><br>Plaintiffs,<br><br>v.<br><br>**Fred Alan Brown, Charles William Durham, II, Reticulum Management, LLC, and Birnam Wood Capital, LLC,**<br><br>Defendants. | **Civil Action No.**<br>**4:24-cv-00079-JRG**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Chistopher T. Bovenkamp enters his appearance as counsel for Plaintiffs Veritas Vincit, LLC and William Berry Dean, III in the above-referenced proceeding for the purpose of receiving notices from the Court. Mr. Bovenkamp is currently admitted to practice in the United States District Court for the Eastern District of Texas. Mr. Bovenkamp's contact information is as follows:

Christopher T. Bovenkamp
Charhon Callahan Robson & Garza, PLLC
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (469) 587-7252
Telecopier: (214) 764-8392
Texas State Bar No. 24006877
cbovenkamp@ccrglaw.com

Dated: April 18, 2024                    Respectfully submitted,

<div style="margin-left:50%">

s/Christopher T. Bovenkamp
BRETT CHARHON
  Texas State Bar No. 24040674
  bcharhon@ccrglaw.com
STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CHRISTOPHER T. BOVENKAMP
  Texas State Bar No. 24006877
  cbovenkamp@ccrglaw.com
**CHARHON CALLAHAN ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

JOHN P. LEWIS, JR.
  Texas State Bar No. 12294400
  jplewis@haywardfirm.com
**HAYWARD PLLC**
10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Telephone: (972) 755-7106

*Counsel for Plaintiffs Veritas Vincit, LLC and William Berry Dean, III*

</div>

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on April 18, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                <u>s/Christopher T. Bovenkamp</u>
                                                CHRISTOPHER T. BOVENKAMP